| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| SOUTHERN DISTRICT OF NEW YORK | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    Red Bull Taxi Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    20-3188276

**4. Debtor's address**

Principal place of business

25 E. 86th Street, Apt 9F
New York, NY 10028
Number, Street, City, State & ZIP Code

New York
County

Mailing address, if different from principal place of business

_____
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**    _____

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor  **Red Bull Taxi Inc.**_____    Case number (*if known*)_____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__4853__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | **In re Hypnotic Taxi LLC, et al. (Admin. Consolidated - Ch 7)** | Relationship **Affiliate** |
| District | **Eastern District of New York** | When **7/22/15** | Case number, if known **15-43300** |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor **Red Bull Taxi Inc.**  Case number (*if known*) _____
        Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other _____

    **Where is the property?** _____
                Number, Street, City, State & ZIP Code

    **Is the property insured?**
    - ☐ No
    - ☐ Yes.  Insurance agency _____
              Contact name _____
              Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Red Bull Taxi Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 13, 2016**
                          MM / DD / YYYY

**X** **/s/ Evgeny A. Freidman**                              **Evgeny A. Freidman**
Signature of authorized representative of debtor          Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ Brett S. Moore**                                       Date  **November 13, 2016**
Signature of attorney for debtor                                          MM / DD / YYYY

**Brett S. Moore**
Printed name

**Porzio, Bromberg & Newman, P.C.**
Firm name

**156 West 56 Street**
**Suite 803**
**New York, NY 10019-3800**
Number, Street, City, State & ZIP Code

Contact phone   **212.265.6888**          Email address   **bsmoore@pbnlaw.com**

**4026191**
Bar number and State

UNANIMOUS WRITTEN CONSENT
OF
THE SHAREHOLDERS AND DIRECTORS
OF
RED BULL TAXI, INC.

The undersigned, constituting all of the shareholders and all of the directors of Red Bull Taxi, Inc., a New York corporation (the "**Company**"), acting by written consent without a meeting, does hereby unanimously consent to the adoption of the following resolutions as of November 12, 2016, and directs that this consent be filed with the minutes of the proceedings of the shareholders and directors of the Company:

**WHEREAS**, the undersigned has considered the financial and operational aspects of the Company's business, and has evaluated the Company's alternatives in connection with a possible restructuring;

**NOW THEREFORE LET IT BE:**

**RESOLVED**, that in the judgment of the undersigned, it is desirable and in the best interests of the Company, its creditors, employees, stockholders and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"); and it is further

**RESOLVED**, that the Company shall be, and it hereby is, authorized to file a voluntary petition for relief under chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of New York or such other court as the appropriate officer or officers of the Company shall determine to be appropriate (the "**Bankruptcy Court**") and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing, the performance of such acts to constitute conclusive evidence of the reasonableness, advisability, expedience, convenience, appropriateness, or necessity thereof; and it is further

**RESOLVED**, that Evgeny Freidman ("**Authorized Officer**") shall be, and hereby is, authorized and empowered, in the name and on behalf of the Company, to execute, acknowledge, deliver, verify and file petitions, schedules, lists, and other papers or documents in the Bankruptcy Court to commence a case under Chapter 11 of the Bankruptcy Code, and to take and perform any and all further actions and steps that any such Authorized Officer deems necessary, desirable or proper in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case at such time as said officer executing the same shall determine; and it is further

**RESOLVED**, that the Authorized Officer, on behalf of the Company, is authorized, and empowered to retain the law firm of Porzio Bromberg & Newman, PC ("**Porzio**") as bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officer is hereby authorized and directed to

1

3533024



execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Porzio; and it is further

**RESOLVED**, that the Authorized Officer of the Company be, and is, hereby authorized and empowered to employ and retain any other professionals, including attorneys, accountants, financial advisors, investment bankers, actuaries, consultants or brokers necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the Bankruptcy Court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper; and it is further

**RESOLVED**, that the Authorized Officer of the Company be, and is, hereby authorized, empowered and directed on behalf of the Company to take any and all actions, negotiate, finalize, execute, certify, deliver, file and/or record and perform any and all documents, agreements, instruments, motions, pleadings, schedules, affidavits, certificates, applications for approvals, rulings of governmental or regulatory authorities and other papers, and to take and perform any and all further acts and deeds which they, in their sole discretion, deem necessary, proper, or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 reorganization, such discretion to be conclusively evidenced by the filing thereof or the taking or performance of such action; and it is further

**RESOLVED**, that any and all past actions heretofore taken by any Authorized Officer or director of the Company in the name and on behalf of the Company in furtherance of the purpose or intent of any or all of the preceding resolutions be, and hereby are, ratified, confirmed and approved in all respects.

[The remainder of this page is intentionally blank]



3533024

IN WITNESS WHEREOF, the undersigned shareholder and director has duly executed this Unanimous Written Consent as of the date first above written.

_____
EVGENY FREIDMAN

3

3533024

.

21ST CENTURY ADVANTAGE INS.
C/O WENIG & WENIG
150 BROADWAY, ST 911
NEW YORK, NY 10038


AIG PROP. A/S/O MARVIN SCHEIN
C/O WENIG & WENIG PLLC
150 BROADWAY, ST 911
NEW YORK, NY 10038


ATLAS INSURANCE
150 NORTHWEST POINT BLVD, 3RD
ELK GROVE VILLAGE, IL 60007


CAPITAL ONE TAXI MEDALLION
C/O LOUIS A. CURCIO, TROUTMAN
875 THIRD AVENUE
NEW YORK, NY 10022


DEMETRIOS A. BOTHOS, ESQ.
3343 VERNON BLVD, ST 101
LONG ISLAND CITY, NY 11106-4928


EDWARD DAVIS



FLEETWOOD AGENCY
65 BROADWAY, #1104
NEW YORK, NY 10060


GEICO A/S/O JOSHI KEVAL
C/O OFFICE OF RICKY J. LUCYK
170 FOREHLICH FARM BLVD
WOODBURY, NY 11797


GEICO A/S/O RON WILLIAMS
C/O OFFICES OF RICKY J. LUCYK
170 FOREHLICH FARM BLVD
WOODBURY, NY 11797


GREG ROOT, ESQ.
380 LEXINGTON AVE, SUITE 1700
NEW YORK, NY 10168

```
INTERNAL REVENUE SERVICE
P.O. BOX 7346
ATTN: CENTRALIZED INVOLVENCY
PHILADELPHIA, PA 19101-7346


JEFFREY KRAMER, ESQ.
26 COURT STREET, ST 1507
BROOKLYN, NY 11242


MIKE POLINSKI, ESQ.
29 BROADWAY
LYNBROOK, NY 11563


NORTHERN GRUB, LLC
7108 NORTHERN BLVD
JACKSON HEIGHTS, NY 11377


NY DEPART. OF TAXATION AND FIN
BANKRUPTCY/SPECIAL PROCEDURES
PO BOX 5300
ALBANY, NY 11205-0300


NYC DEPARTMENT OF FINANCE
345 ADAMS STREET, 3RD FL
ATTN: LEGAL AFFAIRS
BROOKLYN, NY 11201


NYC TAXI & LIMO COMMISSION
ATTN: COMMISSIONER MEERA JOSHI
33 BEAVER STREET
NEW YORK, NY 10004


NYS WORKERS' COMP. BOARD
328 STATE STREET
SCHENECTADY, NY 12305


STATE FARM A/S/O ALAM
C/O NICOLINI, PARADISE, FERRET
114 OLD COUNTRY ROAD, ST 500
MINEOLA, NY 11501


TOPS CAB CORP.
C/O NEWMAN O'MALLEY & EPSTEIN
217 BROADWAY, ST 500
NEW YORK, NY 10007
```

TUNNEL TAXI MANAGEMENT, LLC
44-07 VERNON BLVD
LONG ISLAND CITY, NY 11101


UNITED STATE'S AG, SDNY
ATTN: TAX & BANKRUPTCY UNIT
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007


UNITED STATE'S TRUSTEE, REG 2
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, RM 1006
NEW YORK, NY 10014


WASHINGTON INTERNATIONAL
INSURANCE CO
475 N. MARTINGALE ROAD, ST 850
SCHAUMBURG, IL 60173


WEST SIDE CLAIMS PROCESSING IN
25 E. 86TH ST., APT. 9F
NEW YORK, NY 10028


YELENA BUDNIKOVA
C/O GARY LIGHTMAN, ESQ.
233 BROADWAY
NEW YORK, NY 10279


YOUNG CHO
C/O SIM & PARK
450 7TH AVE, ST 1805
NEW YORK, NY 10123